**Avery M. RIGGSBEE, Plaintiff-Appellant,**

v.

**W. Bain JONES, Jr., Judge; Government Employees for Constitutional Violation of Non Stop Pay Out, Defendants-Appellees.**

No. 17-2107

United States Court of Appeals, Fourth Circuit.

Submitted: December 19, 2017

Decided: December 21, 2017

Avery M. Riggsbee, Appellant Pro Se.

Before SHEDD, AGEE, and DIAZ, Circuit Judges.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Avery M. Riggsbee appeals the district court's order dismissing his action for failure to timely and fully comply with the magistrate judge's order to correct significant procedural errors in his complaint and application to proceed in forma pauperis. *See* Fed. R. Civ. P. 41(b). A plaintiff's failure to comply with a court order may warrant involuntary dismissal. *Id.* We review such a dismissal for abuse of discretion. *Ballard v. Carlson*, 882 F.2d 93, 95-96 (4th Cir. 1989) (noting that dismissal is appropriate sanction where litigant disregarded court order despite warning that failure to comply with order would result in dismissal).

Our review of the record reveals no abuse of discretion in the court's decision to dismiss Riggsbee's complaint. We therefore grant leave to proceed in forma pauperis and affirm for the reasons stated by the district court. *Riggsbee v. Jones*, No. 1:16-cv-00444-WO-LPA (M.D.N.C. Sept. 12, 2017). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*